```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                    CASE NO. 08 B 16230
   LISA MARIE HAMPSON
                                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
     Debtor
  SSN XXX-XX-2681
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/24/08 and confirmed on 08/19/08.

   2.  The case was dismissed after confirmation, 12/04/2008.

   3.  The Debtor paid a total of $    400.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WORLD FINANCIAL NETWORK | UNSECURED | 5344.24 | .00 | 100.00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | NOT FILED | .00 | .00 |
| BAXTER CREDIT UNION | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| DIRECT LOANS | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| EARTH MOVERS C U | UNSECURED | NOT FILED | .00 | .00 |
| E TRADE | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| MACYS | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| THE LIMITED | UNSECURED | NOT FILED | .00 | .00 |
| VON MAUR | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 5344.24 | .00 | 5344.24 |
| PRINCIPAL PAID | .00 | .00 | 100.00 | .00 | 100.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 100.00 | .00 | 100.00 |

The Debtor's attorney, PETER FRANCIS GERACI            , was allowed $   3500.00
and was paid $   1450.00  direct and $    276.80  through the plan.

The Trustee received $     23.20 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/12/09
                /S/
                GLENN STEARNS
                CHAPTER 13 TRUSTEE